IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WRIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A. TAYLOR WILLIAMS | : | NO. 08-5944 |

**ORDER**

AND now this _____28th_____ day of July, 2009, upon consideration of the pleadings and briefs and based on the companion Memorandum, it is hereby ORDERED:

(1) Defendant's Motion to Dismiss Plaintiff's Claims (Doc. No. 10) is GRANTED;

(2) Plaintiff's Motion for Demand for Trial by Jury (Doc. No. 14) is DENIED;

(3) Plaintiff's Motion to Strike / Set Aside Defendant's Motion (Doc. No. 18) is DENIED;

(4) The Clerk shall close this case.

BY THE COURT:

/s Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-5944 Wright v. Williams\Order re MTD.wpd